**Order entered June 30, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00468-CV
## No. 05-21-00469-CV

### VERTICAL HOLDINGS, LLC AND VANGUARD FINANCIAL TRUST, Appellants

### V.

### LOCATORX, INC., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-04237**

## ORDER

Before the Court is the June 28, 2021 request of Terri Etekochay, Official Court Reporter for the 101st Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **July 2, 2021**.

/s/    CRAIG SMITH
JUSTICE